IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAUNTEZ T. HAIRSTON,          )
                               )
    Plaintiff,                 )
                               )
v.                             )    Case No. 3:07-cv-445 MJR
                               )
MICHAEL MILTON,                )
                               )
    Defendant.                 )

**ORDER**

The Court has determined that appointment of counsel is warranted in this action. Accordingly, after a random pick, attorney **Stephen D. Smith, of Littler Mendelson, P.C., Two CityPlace Drive, Suite 200, St. Louis, Missouri, 63141,** is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1] The Court informs Mr. Smith that the Plaintiff is currently incarcerated at the St. Clair County Jail in Belleville, Illinois.

**IT IS SO ORDERED.**

**DATED: November 21, 2008**

                                        *s/ Donald G. Wilkerson*
                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.